| | | |
|---|---|---|
| OTRR621 | State of Arkansas<br>Sentence Expiration | Date: 05/09/2019<br>Time: 11:28 AM |

ORDER OF DISCHARGE

AWAITING PHOTO

RE: Parker, Tiffany　　　ADC#: 715935　　　PID#: 0297943

This is to certify that Parker, Tiffany, ADC Number 715935, is hereby discharged from the Arkansas Department of Correction, having served full term of said sentence, less commutation of good time earned by statutory allowance under the law of good conduct.

Said Parker, Tiffany, was committed to the Arkansas Department of Correction by the Circuit Court for the following:

| COUNTY | CRIME | COUNTS | DATE |
|---|---|---|---|
| Pope | Poss Cont Sub Sched I,II Meth Cocaine < 2g<br>Probation Revocation | 1 | 05/21/2018 |

OTRR621    State of Arkansas    Date: 05/09/2019
           Sentence Expiration  Time: 11:28 AM

## ORDER OF DISCHARGE

RE: Parker, Tiffany          ADC#: 715935        PID#: 0297943

Total Sentence Length: 1y 0m 0d          Minimum Release Date: 05/09/2019

**Restoration of Voting Rights.** If you desire to register to vote you must provide the County Clerk of the County in which you reside this Order of Discharge together with proof that you have paid all applicable court costs, fines, and restitution. Proof that you have paid any applicable court costs, fines and restitution can be sought from the Circuit Clerk of the County wherein you were convicted.

For additional information, visit the Arkansas Secretary of State website at:
http://www.sos.arkansas.gov/elections/Pages/voterResources.aspx

| (Seal) | By _Chaunda Rushing_ |
|        | Warden/Supervisor |

Amendment 51 of the Arkansas Constitution allows convicted felons to have their voting rights restored. To be eligible for voting rights restoration, convicted must satisfy all terms of imprisonment; be discharged from parole or probation; and have fully paid all applicable fines, fees, court costs and restitution. Felons must provide proof to the county clerk of residence that ALL of the requirements have been met before their voting rights can be restored.

# Tiffany Parker 715935

ADC Waiting List <adc.waitinglist@arkansas.gov>

Thu 5/9/2019 11:57 AM

To: James Lyons <jlyons@pcso.org>; Court Liaison <ctliaison@pcso.org>; Bertha Allen <ballen@pcso.org>; Jose Garcia <jgarcia@pcso.org>; Kimberly Hagerty <khagerty@pcso.org>; Royann Brown <rbrown@pcso.org>; Matthew Briggs <mbriggs@pcso.org>; Jon T. Smith <jtsmith@pcso.org>;

1 attachments (72 KB)
20190509114501.pdf;

Here is the discharge order on Parker for her Pope county 2016-108 ADC sentence she discharges 5/9/2019. She has been released from the ADC backup Waiting List and can be released if she has no further pending charges/sentences against her. It is my understanding she has federal charges pending which is the reason she did not come into ADC.